UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LOGAN JACKSON                                                    CIVIL ACTION

VERSUS                                                           NO. 05-2871

N. BURL CAIN, WARDEN LOUISIANA                                   SECTION "S"(4)
STATE PENITENTIARY

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Logan Jackson's petition for issuance of a Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this ____6th____ day of _____December_____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**